No. 11–10932. VALRICK J. *v.* ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES. App. Div., Sup. Ct. N. Y., 2d Jud. Dept.

Certiorari denied.